UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:05-CR-137-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JEREMY SCOTT ROUSE | |

For good cause shown, defendant's unopposed motion for temporary release from custody

is ALLOWED. The Clerk is DIRECTED to serve a copy of this order on the U.S. Marshal Service.

This 20 March 2013.

_____
W. Earl Britt
Senior U.S. District Judge